```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                       CASE NO. 08 B 27518
    JOHN LUBURICH
                                             CHAPTER 13

                                             JUDGE: SUSAN PIERSON SONDERBY

        Debtor
    SSN XXX-XX-6693

--------------------------------------------------------------------------------
            TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
    The case was filed on 10/14/2008 and was not confirmed.

    The case was dismissed without confirmation 02/12/2009.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
WELLS FARGO HOME MORTGAG   MORTGAGE NOTI    NOT FILED            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED          5147.63            .00            .00
WELLS FARGO HOME MORTGAG   CURRENT MORTG          .00            .00            .00
FIA CARD/BANK OF AMERICA   UNSECURED         23469.72            .00            .00
NATIONAL CITY BANK ~       UNSECURED          3996.07            .00            .00
BARCLAYS BANK DELAWARE     UNSECURED        NOT FILED            .00            .00
ROUNDUP FUNDING LLC        UNSECURED         35415.60            .00            .00
CHASE BANK USA NA          UNSECURED          5382.96            .00            .00
DISCOVER FINANCIAL SERVI   UNSECURED        NOT FILED            .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED        NOT FILED            .00            .00
LVNV FUNDING               UNSECURED         11163.37            .00            .00
FIA CARD/BANK OF AMERICA   UNSECURED          3395.63            .00            .00
TAX RESOLUTION CENTER      DEBTOR ATTY            .00                           .00
TOM VAUGHN                 TRUSTEE                                              .00
DEBTOR REFUND              REFUND                                               .00

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                    RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                  .00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                         .00
ADMINISTRATIVE                                    .00
TRUSTEE COMPENSATION                              .00
DEBTOR REFUND                                     .00
                    ---------------    ---------------
TOTALS                   .00                      .00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 27518 JOHN LUBURICH

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/11/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 08 B 27518 JOHN LUBURICH